## No. 2851.

### SUCCESSION OF WIDOW DE GREHAN.

Where the heirs of the deceased had accepted the succession unconditionally and the evidence showed that they were in possession of the property of the succession;

Held—That the suit was improperly brought against them in the probate court; it should have been instituted in the district court, the exception to the jurisdiction is well founded.

APPEAL from the Second District Court, parish of Orleans. *Duvigneaud*, J. *M. Blache, Labatt & Aroni*, for appellee. *D. Augustin*, for appellant.

LUDELING, C. J. In the case of the succession of the widow De Gréhan, reported in the 21 An., we held that the heirs of the deceased had, in that proceeding, accepted the succession unconditionally, and

the evidence showed that they were in possession of the property of the succession.

This suit was therefore improperly instituted against them in the Probate Court—it should have been instituted in the District Court. The exception to the jurisdiction should have been maintained.

It is therefore ordered and adjudged that the judgment of the court *a qua* be set aside, and that there be judgment dismissing the plaintiff's suit with costs.

Rehearing refused.